UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 1:24-cv-20609**

**ONTEL PRODUCTS CORPORTATION**,

    Plaintiff,

vs.

**EHT LLC**,

    Defendant.

_____/

**ORDER GRANTING KEVIN D. EVERAGE'S MOTION TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

    THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for **Kevin D. Everage**, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing [ECF No. 8] (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

**ORDERED AND ADJUDGED** that:

    The Motion **[ECF No. 8]** is **GRANTED**. **Kevin D. Everage** may appear and participate in this action on behalf of Plaintiff, Ontel Products Corporation. The Clerk shall provide electronic notification of all electronic filings to **Kevin D. Everage**, at keverage@dickinsonwright.com.

    DONE AND ORDERED in Chambers at Miami, Florida, on February 22, 2024.

                                                     PAUL C. HUCK
                                                   UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record