**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Ontel Products Corporation

        Plaintiff,

   v.

EHT LLC

        Defendant.

_____/

Case No. 1:24-cv-20609-PCH

**JURY TRIAL DEMANDED**

**MOTION TO EXTEND TIME TO FILE REPOSIVE PLEADING**

Defendant EHT LLC moves to extend the time for it to file a responsive pleading to the Complaint by 30 days. Counsel for EHT LLC accepted service of the Complaint on May 16, 2024. The current deadline for EHT LLC's responsive pleading is June 6, 2024. With the extension, the new deadline will be July 8, 2024.

**LOCAL RULE 7.1(A)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(A)(3), Counsel for EHT LLC certifies it contacted counsel for Plaintiff Ontel Products Corporation on June 6, 2024 by phone and email in an effort to resolve the issues raised in this motion, but received no response as of the time of filing this motion.

Dated:  June 6, 2024

By: */s/ Ryan Clancy*
Florida Bar No. 117650

**AINSWORTH + CLANCY, PLLC**
801 Brickell Avenue, 8th Floor
Miami, FL 33131
Telephone: (305) 600-3816
Facsimile: (305) 600-3817
Email: ryan@business-esq.com
Email: info@business-esq.com

Steven Susser (Michigan Bar No. P52940)
*Pro hac vice* application forthcoming

Jessica Fleetham (Michigan Bar No. P81038)
*Pro hac vice* application forthcoming

Evia Law PLC
32400 Telegraph Ste. 103
Bingham Farms, MI 48025
248.243.1201
steven@evialaw.com
jessica@evialaw.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed this 18th day of April 2020, and served on all parties of record via the CM/ECF filing system.

By: *s/ Ryan Clancy*
Ryan Clancy, Esq.