## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **ONTEL PRODUCTS CORPORATION,**<br><br>　　　Plaintiff,<br><br>v.<br><br>**EHT LLC,**<br><br>　　　Defendant. | Case No.: 1:24-cv-20609 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, ONTEL PRODUCTS CORPORATION, by and through its counsel of record, Dickinson Wright PLLC, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice.

This Notice of Voluntary Dismissal is filed before Defendant EHT LLC served either an answer or a motion for summary judgment.

Date: June 7, 2024　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**DICKINSON WRIGHT PLLC**

　　　　　　　　　　　　　　　By:　　/s/ Alan J. Perlman
　　　　　　　　　　　　　　　　　　Alan J. Perlman
　　　　　　　　　　　　　　　　　　Florida Bar No. 826006

1

350 East Las Olas Boulevard, Suite 1750
Fort Lauderdale, Florida 33301
Direct: (954) 991-5427
Office: (954) 991-5420
Facsimile: (844) 670-6009
aperlman@dickinsonwright.com

John S. Artz (*admitted pro hac vice*)
350 S. Main Street, Ste 300
Ann Arbor, MI 48104
(248) 433-7262
jsartz@dickinsonwright.com

Kevin D. Everage (*admitted pro hac vice*)
3883 Howard Hughes Pkwy, Ste 800
Las Vegas, NV 89169
(702) 550-4426
keverage@dickinsonwright.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2024, the foregoing was electronically filed with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

Date:  June 7, 2024

/s/ Alan J. Perlman
Alan J. Perlman, Esq.
Florida Bar No. 826006